Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:20-cr-00198-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| HUGO SONORA-BARRON, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Hugo Sonora-Barron's motion to continue the trial date in this case, currently set for July 13, 2026, and to adjust the pretrial motions deadline accordingly. This motion is Mr. Sonora-Barron's first request to continue the trial. Counsel for the government does not oppose the request.

The Court GRANTS the motion for the reasons set forth in Mr. Sonora-Barron's motion. In doing so, it makes the following findings:

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The Court finds that the failure to grant the continuance requested by the defense would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the defense needs additional time to review the discovery in this case, which is large enough to have warranted the appointment of Discovery Coordinator Russell Aoki. Mr. Sonora-Barron needs more time to review the evidence, consult with his attorney, strategize about the case, and consider what if any pretrial motions are warranted. His limited English skills will require additional time to accomplish these objectives, as he needs an interpreter to assist him.

Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time to meet the above objectives. Accordingly, IT IS HEREBY ORDERED that the trial date is continued to January 19, 2027. All pretrial motions, including motions in limine, shall be filed no later than December 7, 2026.

///

///

///

///

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

IT IS FURTHER ORDERED that the period of delay from the date of this Order until the new trial date of January 19, 2027, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 4th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881